1

2

3

4

5                UNITED STATES DISTRICT COURT

6               EASTERN DISTRICT OF WASHINGTON

7   In Re:

8   LLS AMERICA, LLC,                          NO:  2:14-CV-10-RMP

9                          Debtor,             Bankr. Case No. 09-06194-PCW11

10  BRUCE P. KRIEGMAN, solely in his           Adv. Proc. No. 11-80299-PCW11
    capacity as court-appointed Chapter 11
11  Trustee for LLS America, LLC,

12                         Plaintiff,          ORDER GRANTING STIPULATED
                                               MOTION TO DISMISS DEFENDANT
13  v.                                         DALE LAVIOLETTE

14  DALE LAVIOLETTE,
                           Defendant.
15

16        This matter came before the Court pursuant to the Stipulated Motion to

17  Dismiss Defendant Dale LaViolette, filed by Plaintiff.  ECF No. 3.  Having

18  reviewed the stipulation, the files, and the pleadings on record, the Court finds

19  good cause to grant the motion.

20  / / /

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
DALE LAVIOLETTE ~ 1

1    Accordingly, **IT IS HEREBY ORDERED** that:

2        1.  The Stipulated Motion to Dismiss Defendant Dale LaViolette, **ECF**

3    **No. 3**, is **GRANTED**.

4        2.  Defendant Dale LaViolette, the only defendant in this cause number,

5    is dismissed, with prejudice, with each party to bear its own attorney fees and

6    costs.

7        **IT IS SO ORDERED**.

8    The District Court Clerk is hereby directed to enter this Order, provide

9    copies to counsel and pro se Defendant, and **close** this case.

10       **DATED** this 20th day of August 2014.

11

12                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
13                         Chief United States District Court Judge

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
DALE LAVIOLETTE ~ 2